## No. 10,162.

## OWNBEY *v*. SILVERSTEIN.

Decided February 6, 1922.

Action for attorney fees.   Judgment for plaintiff.

*Affirmed.*

*On Application for Supersedeas.*

1.   APPEAL AND ERROR—*Sufficient Evidence.* When a case is reversed
     and retried upon the old record alone, the only error that can
     be considered upon another writ of error from this court is the
     sufficiency of the evidence.

*Error to the District Court of the City and County of
     Denver, Hon. Charles C. Butler; Judge.*

Mr. B. F. REED, Mr. ROBERT W. STEELE, JR., for plaintiff in error.

Mr. G. DEXTER BLOUNT, Mr. HENRY E. LUTZ, for defendant in error.

*Department Two.*

MR. JUSTICE DENISON delivered the opinion of the court.

THIS case was here, No. 9931, after judgment below for
defendant for $7,000.00 and was reversed.   69 Colo. 325,
194 Pac. 607.   The ground of reversal was that the instructions of the court gave to the jury an erroneous basis
of the measure of damages.

The case having again come before the district court
and the same judge, the record in the former case in this
court was, by stipulation, submitted to the court below
without further evidence and a judgment was rendered
for $6,834.22 for the defendant.   Ownbey, the plaintiff,
now asks for a *supersedeas.*

It is obvious that in such a case the only possible as-

signment of error which we could consider here must be based upon the sufficiency of the evidence. We cannot say that the evidence is insufficient to justify the judgment; as a matter of fact, upon the essential points in the case there is not much dispute.

*Supersedeas* denied and judgment affirmed.

MR. JUSTICE ALLEN and MR. JUSTICE WHITFORD concur.